1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   | EDWARD MCKENNA,                    | No.  2:25-cv-2009 DJC CSK P
12   |           Plaintiff,
13   |       v.                            | ORDER
14   | C. AGUIAR, et al.,
15   |           Defendants.
16
17         Plaintiff is a state prisoner proceeding pro se.  Defendants filed a notice of
18   removal under 28 U.S.C. § 1441(a), claiming plaintiff asserted federal claims of
19   excessive force in violation of the Eighth Amendment, in addition to state law claims.
20   (ECF No. 1 at 1-2.)  Plaintiff filed a timely motion to remand, accompanied by an
21   amended complaint raising only state law claims.  (ECF No. 3.)  The matter was
22   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and
23   Local Rule 302.
24         On September 2, 2025, the Magistrate Judge filed findings and
25   recommendations herein which were served on all parties and which contained notice
26   to all parties that any objections to the findings and recommendations were to be filed
27   within fourteen days.  Neither party filed objections to the findings and
28   recommendations.

                                              1

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 8) are adopted in full.
2. Plaintiff's motion to remand (ECF No. 3) is granted.
3. This case is remanded to the Solano County Superior Court, Case No. CU24-08105.
4. The Clerk of the Court is directed to send a certified copy of this order to the Solano County Superior Court, and to close the case.

IT IS SO ORDERED.

Dated:  **October 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/mcke2009.801